IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORNELL HERBERT | ) |
| | ) |
| Plaintiff | ) |
| v. | ) |
| | ) Case No. 1:07-cv-1516 (CKK) |
| | ) |
| THE ARCHITECT OF THE | ) |
| CAPITOL | ) |
| Defendant | ) |

## LOCAL CIVIL RULE 16.3(d) REPORT

The Parties to the above captioned case, by and through their undersigned counsel, state the following for their Rule 16.3(d) Meet and Confer Report.

**1. Potential For Disposition By Motion**

The Defendant believes that this case is likely to be disposed of by motion and intends to submit a dispositive motion after the close of discovery.

**2. Time For Joining Parties And Amending Pleadings**

The parties do not foresee the addition of any parties at this time.

**3. Assignment To Magistrate Judge**

The parties prefer to keep this matter before U.S. District Court Judge Kollar-Kotelly at this time.

**4. Potential For Settlement**

The parties do not foreclose the potential of settlement, and will pursue efforts to settle this case on their own accord.

**5. Alternative Dispute Resolution**

The parties agree that, at this point in the proceedings, Court-ordered mediation is not likely to assist them in their efforts to settle this matter.

**6. Resolution By Dispositive Motion**

As indicated in Paragraph 1, the Defendant intends to file a motion for summary judgment at the close of discovery. The parties agree that dispositive motions should be filed 45-days following the close of discovery, oppositions 30 days thereafter and replies 15 days after oppositions have been filed.

**7. Fed. R. Civ. Pro. 26(A)(1) Disclosures**

The Parties agree to exchange the information required by Rule 26(a)(1) within twenty-one days of the filing of this Report.

**8. Discovery**

The Parties agree that discovery should close 180 days following the Local Rule 16.4 Scheduling Order. The parties agree to the discovery limits found in Rule 30 and 33 of the Federal Rules of Civil Procedure. The parties will likely file a Protective Order to safeguard information protected by the Privacy Act.

**9. Expert Witnesses**

At this time the parties do not seek any modification of the requirements of Rule 26(a)(2) of the Federal Rules of Civil Procedure related to expert witness reports.

**10. Class Action Procedures**

This matter is not a class action.

**11. Bifurcation Of Discovery And Trial**

The parties do not believe it is necessary to bifurcate discovery or trial in this matter at this time.

**12. Pretrial Conference**

The parties suggest that the pretrial conference should be held sixty days

following the Court's decision on any dispositive motion.

## 13. Trial Date

The parties agree that the trial date should be set at the pretrial conference to be held in this matter.

## 14. Other Matters

The parties are unaware of any additional matters or concerns that the Court needs to address at this time.

Respectfully Submitted,

Date: February 19, 2008

_____  
Diane Sullivan  
Assistant United States Attorney  
555 Fourth St. NW  
Civil Division  
Washington, DC 20530  
Tel: 202-305-4851  
Fax: 202-514-8780  
diane.sullivan@usdoj.gov  
Counsel for the Defendant  

_____/s/_____  
Leslie D Alderman III (Bar No. 477750)  
Alderman, Devorsetz & Hora PLLC  
1025 Connecticut Ave., NW  
Suite 615  
Washington, DC 20036  
Tel: 202-969-8220  
Fax: 202-969-8224  
lalderman@adhlawfirm.com  
Counsel for the Plaintiff  

3

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CORNELL HERBERT** | ) |
| | ) |
|        **Plaintiff** | ) |
|   v. | ) |
| | ) Case No. 1:07-cv-1516 (CKK) |
| | ) |
| **THE ARCHITECT OF THE** | ) |
| **CAPITOL** | ) |
|        **Defendant** | ) |

## LOCAL RULE 16.3(d) PROPOSED SCHEDULING ORDER

Pursuant to the Local Rule 16.3(d) report filed by the parties in this matter, the following deadlines shall apply in this Civil Action:

1. Initial disclosures provided for in Rule 26(a)(1) shall be exchanged within 21 days after this order is entered.

2. Discovery shall close 180-days after this order is entered.

3. Dispositive motions must be filed within 45 days of the close of discovery. Oppositions must be filed within 30 days of the filing of the dispositive motions, and Replies must be filed within 15 days of the filing of any Opposition.

4. Experts and expert reports shall be exchanged 30 days prior to the close of discovery.

5. A pretrial conference shall be held 60 days following the Court's decision of any dispositive motions.

6. The trial date shall be scheduled for between 30 and 60 days following the date of the pretrial conference.

2

It is so Ordered, this day, _____, 2008.

_____
District Court Judge Kollar-Kotelly