IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORNELL HERBERT | ) |
| | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:07-cv-01605 CKK |
| | ) |
| THE ARCHITECT OF THE | ) |
| CAPITOL | ) |
| Defendant | ) |

## STIPULATION OF DISMISSAL

During the initial scheduling conference conducted for this case and Civil Action No. 1:07-cv-1516 the District Court instructed the Plaintiff to amend his complaint in Civil Action No. 1:07-cv-1516 to include the claims that were asserted in the above captioned case (Civil Action no. 1:07-cv-01605), and then to then dismiss Civil Action no. 1:07-cv-01605.

The Plaintiff has now filed the amended complaint pursuant to the Court's instructions, and therefore the Parties to the above-captioned complaint now hereby stipulate to the dismissal of the above-captioned complaint without prejudice with the understanding that all claims the Plaintiff asserted in the above-captioned complaint will be litigated in Civil Action No. 1:07-cv-1516.

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Diane Sullivan | Leslie D Alderman III (Bar No. 477750) |
| Assistant United States Attorney | Alderman, Devorsetz & Hora PLLC |
| 555 Fourth St. NW | 1025 Connecticut Ave., NW |
| Civil Division | Suite 615 |
| Washington, DC 20530 | Washington, DC 20036 |
| Tel: 202-305-4851 | Tel: 202-969-8220 |
| Fax: 202-514-8780 | Fax: 202-969-8224 |
| diane.sullivan@usdoj.gov | lalderman@adhlawfirm.com |
| Counsel for the Defendant | Counsel for the Plaintiff |